RECEIVED
FEB 19 2015
BY MAIL

Reginald Barber

a Respond Responses for motion for

Judgment

I Reginald Be

case NO 4:14 cv-00319 TIA

Case: 4:14-cv-00319-TIA   Doc. #: 37   Filed: 02/19/15   Page: 2 of 2 PageID #: 273

RECEIVED
FEB 19 2015
BY MAIL

I Reginald did not
No what I had to use
The word Respond
in letter # letter For motive Judment more for Judgment
I am not a lawer are a Judgment
I Ask you Terry Aldman
because you are put in that
seat for god to do what what
is right in eye of god paulie
in Druxin will not get way whit
wrong doing

look at news it is sad wick people
get a way whit
getting a-way whit
wrong whit man
end they will
not way god
wick sad

case no 4:14
CV 00319 TIA