I Reginald Barber feel that this is Case number No 15

RECEIVED JUN 10 2015 BY MAIL

I do not feel that the Judge has the power to appoint me counsel what is the reason why I feel Brad and Paulie lied I was sexual harrassment paulie who works for Drury inn he lied every body on The 1st floor new what happen I counsel to investgte Bring evebody to court ~~and I~~ that was the sixth atd true will cut I feel if you Do wrong you should pay ~~Th~~ Thank you Reginald Baker in the eyes of god

Reginald Parker
802 Rowles
St Louis MO 63136

Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis Mo 63102

RECEIVED
JUN 10 2015
BY MAIL

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1611

Reginald Barber

Appellant

v.

Drury Inn Convention Center

Appellee

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-00319-TIA)

## ORDER

Appellant's brief was due on May 4, 2015, but has not been filed. It is hereby ordered that appellant show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute.

See 8th Cir. R. 3C.

May 22, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans